# UNITED STATES BANKRUPTCY COURT
### Eastern District of Pennsylvania

In re: Charles Mintz                                         Case No. 15-17168-JKF

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE THAT, Secured Creditor requests the Court update its mailing matrix and Claims Register to reflect the appropriate notice and payment addresses listed below.

NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY          Court Claim # (if known) 5
Name of Secured Creditor

Old Address of Secured Creditor:

3900 Capital City Blvd.
Lansing, MI 48906

New Name and/or Address where NOTICES to Secured Creditor should be sent:

8950 Cypress Waters Blvd.
Coppell  TX  75019

Phone: 855-683-3095

Name and/or Address where PAYMENTS to Secured Creditor should be sent (if different from above):

P.O. BOX 619093
Dallas  TX  75261


Phone: 855-683-3095

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Samantha Werner                         Date: September 27, 2017
Agent for Secured Creditor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.





16-014227 - NuJ

# **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September 27, 2017, I electronically filed the foregoing with the

Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or

United States Mail to the following parties:

ERIK B. JENSEN, ESQUIRE
1528 WALNUT STREET SUITE 1401
PHILADELPHIA, PA  19102

CHARLES MINTZ
1000 LONGACRE BLVD
YEADON, PA  19050

WILLIAM C. MILLER
1234 MARKET STREET SUITE 1813
PHILADELPHIA, PA  19107

UNITED STATES TRUSTEE
833 CHESTNUT STREET SUITE 500
PHILADELPHIA, PA  19107

    Robertson, Anschutz & Schneid, P.L.
    Authorized Agent for Secured Creditor
    6409 Congress Ave., Suite 100
    Boca Raton, FL 33487
    Telephone: 561-241-6901
    Facsimile: 561-997-6909

    By: /s/ Samantha Werner
    Samantha Werner, Esquire
    Email: swerner@rasflaw.com

16-014227 - NuJ