*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Charles Mintz
    Debtor(s)

Case No: 15−17168−elf
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Motion for Relief from Stay re: 1000 Longacre Blvd., Yeadon, Pennsylvania 19050−3309. Fee Amount $181.00, Filed by Nationstar Mortgage LLC D/B/A Champion Mortgage Company Represented by KEVIN M. BUTTERY

    on: 1/30/18

    at: 09:30 AM

    in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 1/22/18

Timothy B. McGrath
Clerk of Court