United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Charles Mintz
       Debtor

Case No. 15-17168-elf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Pamela     Page 1 of 1     Date Rcvd: Jan 22, 2018
Form ID: 167     Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2018.
db     +Charles Mintz, 1000 Longacre Blvd, Yeadon, PA 19050-3309
cr     +Borough of Yeadon, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020
cr     +NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE CO, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853
cr     +Nationstar Mortgage LLC D/B/A Champion Mortgage Co, Robertson, Anschutz, Shcneid P.L., 6409 Congress Ave, Suite 100, Boca Raton, FL 33487-2853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr     +E-mail/Text: duffyk@co.delaware.pa.us Jan 23 2018 01:54:08     Delaware County Tax Claim Bureau, Government Center, 201 W. Front Street, Media, PA 19063-2708
                                                                                                      TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2018                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2018 at the address(es) listed below:
        ANDREW F GORNALL     on behalf of Creditor     Champion Mortgage Company agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
        ERIK B. JENSEN     on behalf of Debtor Charles Mintz akeem@jensenbagnatolaw.com, gilberto@jensenbagnatolaw.com;mjmecf@gmail.com
        JAMES RANDOLPH WOOD     on behalf of Creditor     Borough of Yeadon jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
        KEVIN M. BUTTERY     on behalf of Creditor     Nationstar Mortgage LLC D/B/A Champion Mortgage Company bkyefile@rasflaw.com
        KEVIN M. BUTTERY     on behalf of Creditor     NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY bkyefile@rasflaw.com
        STEPHEN VINCENT BOTTIGLIERI     on behalf of Creditor     Delaware County Tax Claim Bureau steve@bottiglierilaw.com, ecfnotice@comcast.net
        THOMAS I. PULEO     on behalf of Creditor     Champion Mortgage Company tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                          TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Charles Mintz
    Debtor(s)

Case No: 15–17168–elf
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Motion for Relief from Stay re: 1000 Longacre Blvd., Yeadon, Pennsylvania 19050–3309. Fee Amount $181.00, Filed by Nationstar Mortgage LLC D/B/A Champion Mortgage Company Represented by KEVIN M. BUTTERY

on: 1/30/18

at: 09:30 AM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 1/22/18

Timothy B. McGrath
Clerk of Court