## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

**IN RE:**

**CASE NO.: 15-17168-ELF**
**CHAPTER 13**

**Charles Mintz,**

    **Debtor.**

_____/

## NOTICE OF WITHDRAWAL

    **PLEASE TAKE NOTICE THAT**, on behalf of NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY, ("Secured Creditor"), the undersigned hereby withdraws the following documents:

**DE 61, Motion for Relief from Stay, filed on 1/8/2018.**
**DE 62, Notice of Motion for Relief From Stay, filed on 1/8/2018.**

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on February 16, 2018, I electronically filed the foregoing

with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been

served via CM/ECF or United States Mail to the following parties:

ERIK B. JENSEN
JENSEN BAGNATO, PC
1500 WALNUT STREET SUITE 1920
PHILADELPHIA, PA  19102

CHARLES MINTZ
1000 LONGACRE BLVD
YEADON, PA  19050

WILLIAM C. MILLER, ESQ
1234 MARKET STREET
SUITE 1813
PHILADELPHIA, PA  19107

UNITED STATES TRUSTEE
833 CHESTNUT STREET

SUITE 500
PHILADELPHIA, PA  19107

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-241-1969


By: /s/ Kevin Buttery
    Kevin Buttery, Esquire
    Bar Number 319438
    Email: kbuttery@rascrane.com