**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE:                                                           CASE NO.: 15-17168-elf
                                                                 CHAPTER 13

**Charles Mintz,**

   Debtor.

_____/

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE THAT**, on behalf of NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY ("Secured Creditor"), the undersigned hereby withdraws the following document:

**Notice of Postpetition Mortgage Fees, Expenses, and Charges filed under claim 5 on 11/23/2018 at the time of 12:58:06** .

                RAS Crane, LLC
                Attorney for Secured Creditor
                10700 Abbott's Bridge Road, Suite 170
                Duluth, GA 30097
                Telephone: 470-321-7112
                Facsimile: 404-393-1425

By: /s/ Francis Laryea
     Francis Laryea, Esquire
     Email: flaryea@rascrane.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 23, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

ERIK B. JENSEN
Jensen Bagnato, PC
1500 Walnut St.
Suite 1920
Philadelphia, PA 19102

Charles Mintz
1000 Longacre Blvd
Yeadon, PA 19050

WILLIAM C. MILLER, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

                                                RAS Crane, LLC
                                                Attorney for Secured Creditor
                                                10700 Abbott's Bridge Road, Suite 170
                                                Duluth, GA 30097
                                                Telephone: 470-321-7112
                                                Facsimile: 404-393-1425

                                                By: /s/ Francis Laryea
                                                       Francis Laryea, Esquire
                                                       Email: flaryea@rascrane.com