UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br><br>**Charles Mintz**<br>    Debtor<br>**Nationstar Mortgage LLC d/b/a**<br>**Champion Mortgage Company**<br>    Movant<br>v.<br>**Charles Mintz**<br>    Debtor/Respondent<br><br>**William C. Miller, Esquire**<br>    Trustee/Respondent | Bankruptcy No. 15-17168-elf<br><br>Chapter 13<br><br>Hearing Date: November 12, 2019<br>Hearing Time: 9:30 am<br>Location: Courtroom #1<br>United States Bankruptcy Court<br>900 Market Street<br>Philadelphia, PA 19107 |

**ORDER OF COURT**

AND NOW, this 12th day of March, 2020, upon consideration of the foregoing Stipulation Resolving Motion for Relief from Stay, it is hereby ORDERED that the Stipulation is approved.

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE