United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Charles Mintz  
    Debtor

Case No. 15-17168-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Christina    Page 1 of 1    Date Rcvd: Mar 12, 2020  
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2020.  
db          +Charles Mintz,    1000 Longacre Blvd,    Yeadon, PA 19050-3309

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2020                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2020 at the address(es) listed below:

         ANDREW F GORNALL    on behalf of Creditor    Champion Mortgage Company agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
         ERIK B. JENSEN    on behalf of Debtor Charles Mintz akeem@jensenbagnatolaw.com, camryn@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com  
         JAMES RANDOLPH WOOD    on behalf of Creditor    Borough of Yeadon jwood@portnoffonline.com, jwood@ecf.inforuptcy.com  
         KEVIN M. BUTTERY    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Champion Mortgage Company kbuttery@rascrane.com  
         KEVIN M. BUTTERY    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY kbuttery@rascrane.com  
         LAUREN BERSCHLER KARL    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Champion Mortgage Company lkarl@rascrane.com, lbkarl03@yahoo.com  
         LEONARD B. ALTIERI, III    on behalf of Creditor    Delaware County Tax Claim Bureau laltieri@toscanigillin.com  
         SHEETAL R. SHAH-JANI    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY sshahjani@rascrane.com  
         THOMAS I. PULEO    on behalf of Creditor    Champion Mortgage Company tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                                    TOTAL: 11

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | |
|---|---|
| **In re:** <br><br> **Charles Mintz** <br> Debtor <br> **Nationstar Mortgage LLC d/b/a** <br> **Champion Mortgage Company** <br> Movant <br> v. <br> **Charles Mintz** <br> Debtor/Respondent <br><br> **William C. Miller, Esquire** <br> Trustee/Respondent | **Bankruptcy No. 15-17168-elf** <br><br> **Chapter 13** <br><br> Hearing Date: November 12, 2019 <br> Hearing Time: 9:30 am <br> Location: Courtroom #1 <br> United States Bankruptcy Court <br> 900 Market Street <br> Philadelphia, PA 19107 |

## **ORDER OF COURT**

AND NOW, this 12th day of _____March_____, 2020, upon consideration of the foregoing Stipulation Resolving Motion for Relief from Stay, it is hereby ORDERED that the Stipulation is approved.

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE