United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-17168-elf
Charles Mintz                                                           Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Christina          Page 1 of 2          Date Rcvd: Jul 16, 2020
                              Form ID: 138NEW          Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2020.
```
db          +Charles Mintz,    1000 Longacre Blvd,    Yeadon, PA 19050-3309
cr          +NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE CO,     Robertson, Anschutz & Schneid, P.L.,
              6409 Congress Ave., Suite 100,    Boca Raton, FL 33487-2853
cr          +Nationstar Mortgage LLC D/B/A Champion Mortgage Co,     Robertson, Anschutz, Shcneid P.L.,
              6409 Congress Ave,    Suite 100,    Boca Raton, FL 33487-2853
13635020    +Borough of Yeadon,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
              Norristown, PA 19404-3020
13612172     Champion Mortgage,    PO Box 619093,   Dallas, TX 75261-9093,    PO Box 619093,
              Dallas, TX 75261-9093
13636167    +Nationstar Mortgage LLC d/b/a Champion Mortgage Co,     Champion Mortgage Company,
              8950 Cypress Waters Boulevard,    Coppell, TX 75019-4620
13612174    +P.O. Box 182686,    Columbus, OH 43218,    Erik B. Jensen P.C.,    1528 Walnut Street,
              Suite 1401,    Philadelphia, PA 19102-3610
13612176     P.O. Box 810490,    Dallas, TX 75381,    Tax Claim Bureau of Delaware County,    Government Center,
              Media, PA 19063
13626607    +Philadelphia Gas Works,    800 W MOntgomery Ave,    Phila Pa 19122-2898,
              Attn: Bankruptcy Dept 3F
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Jul 17 2020 04:34:08     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 17 2020 04:33:41
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 17 2020 04:33:56     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          +E-mail/Text: duffyk@co.delaware.pa.us Jul 17 2020 04:34:17     Delaware County Tax Claim Bureau,
              Government Center,    201 W. Front Street,    Media, PA 19063-2708
13616976    +E-mail/Text: duffyk@co.delaware.pa.us Jul 17 2020 04:34:17     Delaware County Tax Claim Bureau,
              Government Center Building,    201 West Front Street,    Media, PA 19063-2708
13708240     E-mail/PDF: resurgentbknotifications@resurgent.com Jul 17 2020 04:37:47
              LVNV Funding, LLC its successors and assigns as,     assignee of FNBM, LLC,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13613801     E-mail/Text: bnc-quantum@quantum3group.com Jul 17 2020 04:33:30
              Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
13612178    +E-mail/Text: bnc-bluestem@quantum3group.com Jul 17 2020 04:34:17     Webbank/fingerhut,
              6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
                                                                                             TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13612170      Charles Mintz
13612173      Comenity Bank/Blair,    Attn: Bankruptcy
13612169      Date 10/9/2015 Signature /s/ Charles Mintz
13612171      Date Signature
13612175      Generation Mortgage
13612167      IN RE: Charles Mintz,    UNITED STATES BANKRUPTCY COURT,    EASTERN DISTRICT OF PENNSYLVANIA,
                PHILADELPHIA DIVISION,    CASE NO 15-17168,    CHAPTER 13
13612168      The above named Debtor hereby verifies that the at,    knowledge.
cr*          +Borough of Yeadon,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
              Norristown, PA 19404-3020
13612177    ##+Trident Asset Manageme,    53 Perimeter Ctr E Ste 4,    Atlanta, GA 30346-2230
                                                                                   TOTALS: 7, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Christina              Page 2 of 2                  Date Rcvd: Jul 16, 2020
                              Form ID: 138NEW              Total Noticed: 17
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2020 at the address(es) listed below:
              ANDREW F GORNALL     on behalf of Creditor    Champion Mortgage Company agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              CHARLES GRIFFIN WOHLRAB     on behalf of Creditor    Nationstar Mortgage LLC D/B/A Champion Mortgage
               Company cwohlrab@rascrane.com
              ERIK B. JENSEN     on behalf of Debtor Charles  Mintz akeem@jensenbagnatolaw.com,
               camryn@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.
               com;jensener79956@notify.bestcase.com
              JAMES RANDOLPH WOOD     on behalf of Creditor    Borough of Yeadon jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              KEVIN M. BUTTERY     on behalf of Creditor    Nationstar Mortgage LLC D/B/A Champion Mortgage
               Company cdigianantonio@rascrane.com
              KEVIN M. BUTTERY     on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE
               COMPANY cdigianantonio@rascrane.com
              LAUREN BERSCHLER KARL     on behalf of Creditor    Nationstar Mortgage LLC D/B/A Champion Mortgage
               Company lkarl@rascrane.com,  lbkarl03@yahoo.com
              LEONARD B. ALTIERI, III     on behalf of Creditor    Delaware County Tax Claim Bureau
               laltieri@toscanigillin.com
              SHEETAL R. SHAH-JANI     on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE
               COMPANY sshahjani@rascrane.com
              THOMAS I. PULEO     on behalf of Creditor    Champion Mortgage Company tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 12
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Charles Mintz
      Debtor(s)　　　　　　　　　　　　　Bankruptcy No: 15−17168−elf
　　　　　　　　　　　　　　　　　　　　　　Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑　2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑　3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                  900 Market Street
                     Suite 400
               Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                  For The Court
                                               Timothy B. McGrath
                                                 Clerk of Court

Dated: 7/16/20

                                                                 89 − 88
                                                          Form 138_new