Certificate Number: 14912-PAE-DE-034746419

Bankruptcy Case Number: 15-17168



14912-PAE-DE-034746419

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 6, 2020, at 1:55 o'clock PM EDT, Charles Mintz completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 6, 2020              By:    /s/Jai Bhatt

 

Name:  Jai Bhatt

 

Title:   Counselor