United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Charles Mintz  
    Debtor

Case No. 15-17168-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2　　User: Christina　　Page 1 of 1　　Date Rcvd: Aug 18, 2020  
　　　　　　　　　　　Form ID: 195　　Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2020.
```
db             +Charles Mintz,    1000 Longacre Blvd,    Yeadon, PA 19050-3309
cr             +Borough of Yeadon,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
cr             +NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE CO,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Ave., Suite 100,    Boca Raton, FL 33487-2853
cr             +Nationstar Mortgage LLC D/B/A Champion Mortgage Co,    Robertson, Anschutz, Shcneid P.L.,
                 6409 Congress Ave,    Suite 100,    Boca Raton, FL 33487-2853
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/Text: duffyk@co.delaware.pa.us Aug 19 2020 04:12:12     Delaware County Tax Claim Bureau,
                 Government Center,    201 W. Front Street,    Media, PA 19063-2708
                                                                                               TOTAL: 1
```

　　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2020　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2020 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    Champion Mortgage Company agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              CHARLES GRIFFIN WOHLRAB    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Champion Mortgage
               Company cwohlrab@rascrane.com
              ERIK B. JENSEN    on behalf of Debtor Charles  Mintz akeem@jensenbagnatolaw.com,
               camryn@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.
               com;jensener79956@notify.bestcase.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Borough of Yeadon jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              KEVIN M. BUTTERY    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Champion Mortgage
               Company cdigianantonio@rascrane.com
              KEVIN M. BUTTERY    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE
               COMPANY cdigianantonio@rascrane.com
              LAUREN BERSCHLER KARL    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Champion Mortgage
               Company lkarl@rascrane.com, lbkarl03@yahoo.com
              LEONARD B. ALTIERI, III    on behalf of Creditor    Delaware County Tax Claim Bureau
               laltieri@toscanigillin.com
              SHEETAL R. SHAH-JANI    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE
               COMPANY sshahjani@rascrane.com
              THOMAS I. PULEO    on behalf of Creditor    Champion Mortgage Company tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                               TOTAL: 12
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Charles Mintz : Case No. 15–17168–elf
    Debtor(s)

***ORDER***
_____

    AND NOW, this day , 18th day of August 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Judge , United States Bankruptcy Court

97
Form 195